AO 442 (Rev. 01/09) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
ERIC BRIAN BROWN
*Defendant*

Case No. 2:17-mj-**562**

FILED
IN OPEN COURT
NOV - 8 2017
CLERK U.S. DISTRICT COURT
NORFOLK, VA

FBI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERIC BRIAN BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, when— (1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense; and (2) any such act against the person is done within the special maritime and territorial jurisdiction of the United States, in violation of 18 U.S.C. §§ 1201(a)(1) and (2).

Date: 11/7/17

*Issuing officer's signature*
Douglas E. Miller
United States Magistrate Judge ~~Special Agent James A. Faulkner, FBI~~
*Printed name and title*

City and state: Norfolk, Virginia

---

### Return

This warrant was received on *(date)* 11/8/17, and the person was arrested on *(date)* 11/8/17
at *(city and state)* Virginia Beach, VA.

Date: 11/8/17

*Arresting officer's signature*

James Faulkner Special Agent
*Printed name and title*