**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*3301 Leestown Road*
*Lexington, KY 40511-8799*

December 21, 2017

The Honorable Lawrence R. Leonard
United States Magistrate Judge
Eastern District of Virginia
Norfolk Division
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

RE: BROWN, Eric Brian
Case No. 2:17mj562
Reg. No. 91647-083

Dear Judge Leonard:

Your court order, dated December 15, 2017, committed Eric Brian Brown to a mental health evaluation pursuant to Title 18, United States Code, Section 4241, to determine his competence to stand trial. Mr. Brown arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on December 20, 2017. Pursuant to Title 18, United States Code, Section 4247, in addition to the evaluation period of 30 days beginning the day he arrived at our facility, due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us an additional 15 days to complete the evaluation. Under such a time frame, the evaluation would be completed by February 2, 2018, and a report would be available to the Court by March 2, 2018.

If you concur with our request, please fax us a new order to (859) 253-8873. We sincerely appreciate your consideration in this matter.

Sincerely,

Francisco J. Quintana
Warden