# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**UNITED STATES OF AMERICA**

v.                                                               **Case No. 2:17-mj-562**

**ERIC BRIAN BROWN,**

      **Defendant.**

## SHOW CAUSE ORDER

The Court has received this date the Forensic Report from the forensic psychologist at the Federal Medical Center Lexington, Kentucky. The Government and counsel for the Defendant are **ORDERED** to **SHOW CAUSE**, no later than 2:00 pm on Wednesday, January 24, 2017, why the Court should not issue an Order in accordance with the recommendations of the forensic psychologist at page nine of the Report. Responses to this Order should be filed under seal.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the United States Marshal, the United States Pretrial Services Office, and counsel of record for Defendant, and to fax a copy of this Order to the FMC Warden at Lexington, Kentucky.

It is so **ORDERED**.

/s/ LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
January 23, 2018