UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:17-mj-562 |
| | ) | |
| ERIC BRIAN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Continue Hearing in this case. The hearing is currently scheduled for June 7, 2018.

Accordingly, for good cause shown, the Joint Motion to Continue Hearing in this matter is hereby GRANTED. The stay on any forcible-medication procedure previously ordered by the Court shall remain in place until after the Court holds the hearing. The parties are directed to contact the Court's courtroom deputy clerk to schedule a new hearing date.

It is so ORDERED.

                                                  Raymond A. Jackson
                                                  United States District Judge
UNITED STATES DISTRICT JUDGE

Date: 6/6/18
Norfolk, Virginia