# Memorandum



*Eastern District of Virginia*
***United States Attorneys Office***

| Subject | Date |
|---|---|
| Criminal No. 2:17mj562 | June 12, 2018 |
| To<br>Clerk of the Court<br>U.S. District Court | From<br>Randy C. Stoker,<br>Assistant U.S. Attorney |

Please issue five (5) blank subpoenas in the above-referenced case which is scheduled for a hearing on June 21, 2018 at 11:30 a.m., in Norfolk before the Honorable Raymond A. Jackson, U.S. District Court Judge.

    Thank you.