IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:17mj562 |
| | ) | |
| ERIC BRIAN BROWN | ) | |

## ORDER

**AND NOW**, having considered the Defendant's Unopposed Motion to Allow Filing Under

Seal and for good-cause shown, ECF No. 35, Defendant's motion is **GRANTED. IT IS HEREBY**

**ORDERED** that the Clerk accept Exhibit 1 to Defendant's Motion for Judicial Review of

Administrative Decision Respecting Forcible Medication as a sealed filing.

Raymond A. Jackson
Hon. Raymond A. Jackson, Judge
United States District Judge

Date: 6/13/18

Norfolk, Virginia

1

I ASK FOR THIS

_____/s/_____
Andrew W. Grindrod
VSB # 83943
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
(757) 457-0800
(757) 457-0880 (telefax)
andrew_grindrod@fd.org