# EXHIBIT TWO

# Declaration of Doctor Dean Cutillar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:17mj562 |
| ) | |
| ERIC BRIAN BROWN, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF *HARPER* HEARING OFFICER

I, Lieutenant Commander Dean Cutillar, United States Public Health Service, Doctor of Osteopathic Medicine, make the following declaration under 28 U.S.C. § 1746:

### Background and Experience

I am a General Adult Psychiatrist assigned to Federal Medical Center, Butner in North Carolina, beginning work here in April 2018. In 1990, I graduated from the University of Central Florida with a Bachelor of Science; in 1998, I graduated from Nova Southeastern University with a Doctor of Osteopathic Medicine. After receiving my doctoral degree, I performed my residency in General Adult Psychiatry at the University of Virginia School of Medicine in Roanoke, Virginia. In 2003, I completed my residency.

I am a Diplomate in good standing with the American Board of Psychiatry and Neurology and licensed to practice medicine in Virginia.

Prior to joining the U.S. Public Health Service, I served on active duty in the U.S. Air Force, receiving many personal and unit service medals. During that time, I served as Chief of the Mental Health Clinic at Tinker Air Force Base in Oklahoma City and as a General Adult Psychiatrist and, later, as Chief of the Trauma Stress Response Support Team at Ramstein Air

Force Base in Germany. While stationed in Germany, I also served as an expert witness supporting base personnel and contingency operations in Iraq and Afghanistan.

Since 2008, I have served with the U.S. Public Health Service, receiving many awards for my work. During my time in the service, I was the Psychiatrist and Acting Clinical Director at Federal Correctional Institute, Terminal Island in California and was deployed to the Gallup Indian Medical Center in Gallup, New Mexico on the border of the Navajo Reservation.

### Eric Brian Brown's *Harper* Hearing

On June 1, 2018, medical personnel at FMC Butner held a hearing under 28 C.F.R. § 549.46, also known as a *Harper* hearing, to determine whether involuntary administration of psychiatric medication is necessary because, as a result of Eric Brian Brown's diagnosed schizophrenia, he is a danger to himself or others, poses a serious threat of damage to property affecting the security or orderly running of the institution, or is gravely disabled as manifested by extreme deterioration in personal functioning. I was the hearing officer. I have experience as a hearing officer at these hearings, having served in that role at FMC Butner twice before. Further, I am not Mr. Brown's attending psychiatrist and have not been involved in his diagnosis or treatment.

The hearing took place at Mr. Brown's unit. Other medical personnel and I attempted to hold the hearing in front of Mr. Brown's cell in his presence. I tried to interview him, but he covered his cell window with a thick sheet and did not respond. I saw on the cell's video monitor that he was standing naked and motionless in front of his door. He stayed in that position for at least five minutes before slightly adjusting his position. Nursing staff and I continued our effort to interview him, but he still would not verbally respond. We spent about 20 minutes trying to elicit a response from Mr. Brown before moving the hearing to a nearby office.

2

At the hearing, I called Mr. Brown's staff representative, Janet Oakley, a registered nurse at the facility, to make a statement on Mr. Brown's behalf. I then called Dr. Logan Graddy, Mr. Brown's evaluating psychiatrist who had reviewed the cased prior to the hearing, to present clinical data and background information about Mr. Brown's need for psychiatric medication. Dr. Graddy concluded that Mr. Brown's mental health had deteriorated since his arrival at FMC Butner because Mr. Brown had refused to take any medication for his diagnosed schizophrenia. So Mr. Brown's mental and physical health deteriorated to the point that he was a danger to himself or others and that he was gravely disabled. Dr. Graddy recommended involuntary medication and proposed a treatment plan.

I also reviewed written materials: a memorandum further supporting Dr. Graddy's conclusions that he and Dr. Jennifer Halbsgut—a forensic psychologist at the facility—had written, materials documenting the staff's efforts satisfying § 549.46, and administrative notes summarizing the staff's many encounters with Mr. Brown since his arrival at the facility. After hearing the witnesses and reviewing the written materials, I agreed with Dr. Graddy that Mr. Brown's untreated schizophrenia caused him to be a danger to himself or others and rendered him gravely disabled as manifested by extreme deterioration in personal functioning. On June 4, 2018, I prepared a written report memorializing my decision. Ms. Oakley appealed my decision to FMC Butner's warden on Mr. Brown's behalf.

As explained above, the hearing satisfied the requirements of 28 C.F.R. § 549.46(a). And the proposed involuntary medication plan meets the standard of care for Mr. Brown's diagnosed schizophrenia.

Should there be any questions, I am out of the country on travel from June 16, 2018 through June 24, 2018, but will be available after that.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed at Federal Medical Center, Butner, North Carolina, on this 15th of June, 2018.

By: *Dean Cutillar*
Dean Cutillar, LCDR, USPHS, DO