AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eric Brian Brown | ) | Case No. 2:17mj562 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: LOGAN GRADDY, M.D.
FMC - BUTNER
BUTNER, NC

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman United States Courthouse 600 Granby Street, Norfolk, VA 23510 | Courtroom No.: | TBA |
|---|---|---|---|
| | | Date and Time: | 06/21/2018 11:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 06/12/2018

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____, who requests this subpoena, are:

Randy Stoker, Assistant United States Attorney
Office of the United States Attorney
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:17mj562

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) Logan Graddy, M.D.
was received by me on (date) 6/15/18 .

☑ I served the subpoena by delivering a copy to the named person as follows: Genna Petre, on behalf of Logan Graddy
                                                   on (date) 6/19/18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/19/18

*Server's signature*

Genna D. Petre, Attorney
*Printed name and title*

Old Highway 75, Butner, NC 27509
*Server's address*

Additional information regarding attempted service, etc: